UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Miriam Chirino Perez                              Case No.: 25-11909-LMI
                                                           Chapter 13

_____Debtor_____/

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Objection to Claim of Space Coast Credit Union and Notice of Hearing was sent to all parties on the attached service list on May 13, 2025.

Electronically & Mailed: Nancy K. Neidich, Trustee PO Box 279806 Hollywood, FL 33027

First Class Mail:

Debtor(s), Miriam Chirino Perez
6640 SW 12 ST Unit 1
Miami, FL 33144

Space Coast Credit Union
Attn: Donna Bruton, Loss Mit Assoc.
8045 N Wickham Road
Melbourne, FL 32940

Space Coast Credit Union
Attn: Timothy Antonition, CEO
8045 N Wickham Road
Melbourne, FL 32940

Respectfully submitted:                **Jose A. Blanco, P.A.**
May 13, 2025                           By: */s/ Jose A. Blanco* | FBN: 062449
                                       Attorney for Debtor(s)
                                       102 E 49th ST
                                       Hialeah, FL 33013,
                                       Tel. (305) 349-3463
                                       E-mail: jose@blancopa.com

LF-70 (rev. 12/01/09)