UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Miriam Chirino Perez                                   Case No.: 25-11909-LMI
                                                                 Chapter 13

_____Debtor_____/

**NOTICE OF WITHDRAWAL OF OBJECTION TO CLAIM AND
CERTIFICATE OF SERVICE**

**COMES NOW,** undersigned counsel and files this Notice of Withdrawal of Objection to Claim of Space Coast Credit Union (ECF#32).

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a copy of this Notice of Withdrawal was sent via CM/ECF and email to: Nancy K. Neidich, Trustee, PO Box 279806 Hollywood, FL 33027; and via U.S. Regular Mail to: Debtor(s), Miriam Chirino Perez , 6640 SW 12 ST Unit 1, Miami, FL 33144; and to all creditors of record.

| | |
|---|---|
| Respectfully submitted:<br>June 30, 2025 | **Jose A. Blanco, P.A.**<br>By: */s/ Jose A. Blanco* \| FBN: 062449<br>Attorney for Debtor(s)<br>102 E 49th ST<br>Hialeah, FL 33013,<br>Tel. (305) 349-3463<br>E-mail: jose@blancopa.com |