

ORDERED in the Southern District of Florida on August 27, 2025.

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Miriam Chirino Perez                              Case No.: 25-11909-LMI
                                                            Chapter 13

_____Debtor_____/

### ORDER SUSTAINING OBJECTION TO CLAIM OF LVNV FUNDING, LLC RESURGENT CAPITAL SERVICES

THIS MATTER having come to be heard without objection on the consent calendar on June 3, 2025, upon Debtor's Objection to Claim of LVNV Funding, LLC Resurgent Capital Services; claim #1 ("Objection") [ECF#23] and based on the record, IT IS;

ORDERED AND ADJUDGED:

1. The Objection is SUSTAINED.
2. The claim is stricken and disallowed.

# # #

Respectfully Submitted:
Jose A. Blanco | 062449, **JOSE A. BLANCO, P.A.,** 102 E 49th ST, Hialeah, FL 33013, Tel: (305) 349-3463, Fax: (786) 567-5057, E-Mail: jose@blancopa.com

The Law Office of Jose A. Blanco, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.

LF-70 (rev. 12/01/09)