UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Miriam Chirino Perez                                    Case No.: 25-11909-LMI
                                                                  Chapter 13

_____Debtor(s)_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the **Order Sustaining Objection to Claim** was sent to all parties listed below on September 2, 2025.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Miriam Chirino Perez
6640 SW 12 ST Unit 1
Miami, FL 33144

Creditor (s), Cavalry Portfolio Services
Attn: Bankruptcy
1 American Lane, Ste 220
Greenwich, CT 06831

Respectfully submitted:                **Jose A. Blanco, P.A.**
September 2, 2025                      By: */s/ Jose A. Blanco* | FBN: 062449
                                       Attorney for Debtor(s)
                                       102 E 49th ST
                                       Hialeah, FL 33013,
                                       Tel. (305) 349-3463
                                       E-mail: jose@blancopa.com