UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Miriam Chirino Perez                                   Case No.: 25-11909-LMI
                                                                 Chapter 13
                    Debtor(s)                    /

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the **Order Sustaining Objection to Claim(s) of LVNV Funding, LLC Resurgent Capital Services [# 1] (Re: # [23])** was sent to all parties listed below on September 2, 2025.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Miriam Chirino Perez
6640 SW 12 ST Unit 1
Miami, FL 33144

Creditor (s), Lvnv Funding/Resurgent Capital
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

Respectfully submitted:          **Jose A. Blanco, P.A.**
September 2, 2025                By: */s/ Jose A. Blanco* | FBN: 062449
                                 Attorney for Debtor(s)
                                 102 E 49th ST
                                 Hialeah, FL 33013,
                                 Tel. (305) 349-3463
                                 E-mail: jose@blancopa.com